IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH D. MERRITT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES of AMERICA**, | )   Civil No.  **05-4113-JPG** |
| **UNION COUNTY HOSPITAL DISTRICT,** | ) |
| **WILLIAM RIBBING, M.D.,** | ) |
| **REIMBURSEMENT TECHNOLOGIES,** | ) |
| **INC., d/b/a Yates Emergency Physicians,** | ) |
| **MICHAELIS JACKSON, M.D., and** | ) |
| **MICHAELIS JACKSON & ASSOCIATES,** | ) |
| **LLC, d/b/a Jackson Vision & Laser Centers,** | ) |
| | ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**

**PROUD, Magistrate Judge:**

On September 7, 2006, Judge Gilbert granted defendants' Motion for New Schedule, and set a new trial date of February 26, 2007.  Judge Gilbert ordered the parties to submit a revised proposed scheduling order to the court.  **See, Doc. 54**.  However, the court has not received such a proposed order.

The court hereby enters a revised scheduling order as follows:

1. All discovery shall be completed by **November 13, 2006.**

2. Dispositive motions shall be filed by **November 22, 2006.**

3. A Settlement Conference is set before Magistrate Judge Proud in accordance with **SDIL-LR 16.3(b)** on **January 24, 2007, at 9:30 a.m.** in the Federal Courthouse, East St. Louis, Illinois.  The parties are to submit their Settlement Statements by

       **January 10, 2007.**

4.      A Final Pretrial Conference is set before Judge Gilbert on **February 8, 2007, at 9:30 a.m.** in the Federal Courthouse, Benton, Illinois.

5.      This case is set for jury trial before Judge Gilbert on **February 26, 2007.**

**IT IS SO ORDERED.**

**DATE:  October 18, 2006.**

                                                **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **UNITED STATES MAGISTRATE JUDGE**