IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM BALLARD, Guardian of<br>KENNETH D. MERRITT, a Disabled Adult,<br><br>      Plaintiff,<br><br>      v.<br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.  05-4113-JPG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  May 17, 2007**

                                                  **NORBERT JAWORSKI, CLERK**

                                                  **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                     **U. S. DISTRICT JUDGE**